UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLIFFORD COLEMAN,**

    **Plaintiff,**

v.                                      Case No.  8:07-cv-2366-T-30MAP

**TIMES PUBLISHING CO., d/b/a ST.
PETERSBURG TIMES,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Order Dismissing Complaint Without Prejudice (Dkt. #8).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Joint Stipulation (Dkt. #8) is APPROVED.

    2.    This cause is dismissed without prejudice.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 28, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-2366.dismissal.wpd